**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SLYDE ANALYTICS LLC, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| GARMIN LTD. and GARMIN | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Slyde Analytics LLC ("Slyde" or "Plaintiff") for its Complaint against Defendants

Garmin Ltd. and Garmin Corporation (collectively, "Garmin" or "Defendants") for patent

infringement, alleges as follows:

**THE PARTIES**

1.      Slyde is a limited liability company organized and existing under the laws of the

State of Texas, with its principal place of business located at 104 East Houston Street, Suite 170,

Marshall, Texas 75670.

2.      Defendant Garmin Ltd. is a corporation organized and existing under the laws of

Switzerland, with a principal place of business located at Mühlentalstrasse 2, 8200 Schaffhausen,

Switzerland.  Garmin Ltd. is one of the leading smartwatch sellers in the United States and the

world.  Upon information and belief, Garmin Ltd. does business in Texas, directly or through

intermediaries, and offers its products and/or services, including those accused herein of

infringement, to customers and potential customers located in Texas, including in the Judicial

District of the Eastern District of Texas.  For example, Garmin Ltd. has authorized dealers of its

goods and services located throughout Texas, including in the Judicial District of the Eastern

District of Texas.  Moreover, Garmin advertises and directs customers and end-users to its dealers

on its website.  Specifically, Garmin goods and services are offered for sale in at least the following

locations within this Judicial District: 306 East Tyler Street, Longview, Texas 75601; 3500

McCann Road, Suite K101, Longview, Texas 75601; 325 Corporate Road, Longview Texas,

75603; 1419 West Loop 281, Longview Texas 75604; 1905 Loop 281 Gilmer Road, Longview,

Texas 75604; 320 West Panola Street, Carthage, Texas 75633; and One Skeeter Road, Kilgore,

Texas 75662; among other locations.[1]



3.      Defendant Garmin Corporation is a corporation organized and existing under the

laws of Taiwan, with a principal place of business located at No. 68, Zhangshu 2nd Road, Xizhi

District, New Taipei City 221, Taiwan.  Garmin Corporation is a wholly-owned subsidiary of

Garmin Ltd.  Upon information and belief, Garmin Corporation is responsible for the

manufacturing of Garmin products in China and Taiwan, including smartwatches.  Upon

information and belief, Garmin Corporation distributes Garmin products, such as smartwatches,

---

[1] *See* https://www.garmin.com/en-US/dealerlocator (Garmin dealers within 100 miles of Marshall, Texas.)

to other Garmin subsidiaries and/or authorized Garmin Dealers, including in the United States. According to Garmin Ltd.'s 2023 10-K Form filed with the Securities and Exchange Commission, "Garmin Corporation (GC) is primarily responsible for the manufacturing and distribution of the Company's products to the Company's subsidiaries […]".[2]  Moreover, the facilities owned, occupied, or leased by Garmin Corporation in Taiwan "are used for the manufacturing and warehousing of most of Garmin's **fitness, outdoor**, and marine products, as well as portable aviation products and some Auto OEM products." (emphasis added).[3]  The accused products herein are part of Garmin's fitness and outdoor product lines.[4]  Upon information and belief, Garmin Corporation does business in Texas, directly or through intermediaries, and offers its products and/or services, including those accused herein of infringement, to customers and potential customers located in Texas, including in the Judicial District of the Eastern District of Texas.

## JURISDICTION

4.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq.*  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court has specific and personal jurisdiction over Defendants consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute due at least to their substantial business in the State of Texas and in this Judicial District, including (a) its past and continuing infringing activities, whether direct acts or through

---

[2]  *See*  Garmin  Ltd.'s  2023  10-K  Form  at  52,  available  at: https://www8.garmin.com/aboutGarmin/invRelations/reports/2023_10-K.pdf
[3] *Id.* at 28.
[4] *See, e.g.,* https://www.garmin.com/en-US/c/sports-fitness/activity-fitness-trackers/

subsidiaries or intermediaries, induced acts of patent infringement by others in the State of Texas and in this Judicial District, and/or contributed to acts of patent infringement by others in the State of Texas and in this Judicial District, as alleged in this Complaint; (b) regularly doing or soliciting business in Texas; and/or (c) engaging in persistent conduct and/or deriving substantial revenue from goods and services provided to customers in Texas.  Upon information and belief, Defendants, directly and indirectly, participate in the stream of commerce that results in products, including the accused products, being made, used, offered for sale, and/or sold in the State of Texas and/or imported into the United States to the State of Texas.

6.     Venue is proper in this Judicial District as to Defendants pursuant to 28 U.S.C. § 1391 because, among other things, Defendants are not residents in the United States, and thus may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3).  Defendants, through their own acts and/or through the acts of its subsidiaries or agents, make, use, sell, and/or offer to sell infringing products within this Judicial District, regularly do and solicit business in this Judicial District, and have the requisite minimum contacts with the Judicial District such that this venue is a fair and reasonable.

**<u>PATENTS-IN-SUIT</u>**

7.     On November 19, 2013, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,588,033 (the "'033 Patent") entitled "Wristwatch with Electronic Display".   A   true   and   correct   copy   of   the   '033   Patent   is   available   at: https://patentimages.storage.googleapis.com/07/3c/fe/2030932c07dec3/US8588033.pdf.

8.     On May 16, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,651,922 (the "'922 Patent") entitled "Wristwatch with a Touch Screen and Method for Displaying on a Touch-Screen Watch".  A true and correct copy of the '922 Patent

is                                          available                                          at:
https://patentimages.storage.googleapis.com/46/41/aa/e6cf42c43ea6fd/US9651922.pdf.

9.      On October 31, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,804,678 (the "'678 Patent") entitled "Method and Circuit for Switching a Wristwatch from a First Power Mode to a Second Power Mode".  A true and correct copy       of        the        '678       Patent       is       available       at: https://patentimages.storage.googleapis.com/66/75/da/3c1794bd793023/US9804678.pdf.

10.      On February 5, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,198,085 (the "'085 Patent") entitled "Method and Circuit for Switching a Wristwatch from a First Power Mode to a Second Power Mode".  A true and correct copy       of        the        '085       Patent       is       available       at: https://patentimages.storage.googleapis.com/2f/74/71/1b183d01f4d6c0/US10198085.pdf.

11.      On April 26, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,320,457 (the "'457 Patent") entitled "Integrated Portable Deice and Method Implementing an Accelerometer for Analyzing Biomechanical Parameters of a Stride".  A true    and    correct    copy    of    the    '457    Patent    is    available    at: https://patentimages.storage.googleapis.com/00/6c/f0/d788ae39a5f931/US9320457.pdf.

12.      On January 23, 2018, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,873,018 (the "'018 Patent") entitled "Integrated Portable Deice and Method Implementing an Accelerometer for Analyzing Biomechanical Parameters of a Stride".    A    true    and    correct    copy    of    the    '018    Patent    is    available    at: https://patentimages.storage.googleapis.com/8e/51/b7/79c6a81c80a7e0/US9873018.pdf.

13.     On January 3, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,536,134 (the "'134 Patent") entitled "Athlete Performance Monitoring Device".     A   true   and   correct   copy   of   the   '134   Patent   is   available   at: https://patentimages.storage.googleapis.com/ae/cb/1e/a8c70047a23863/US9536134.pdf.

14.     On June 27, 2023, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,687,809 (the "'809 Patent") entitled "Method and Apparatus for Predicting a Race Time".     A true and correct copy of the '809 Patent is available at: https://patentimages.storage.googleapis.com/1b/49/0b/5abfad9eb996eb/US11687809.pdf.

15.     On January 16, 2024, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,875,696 (the "'696 Patent") entitled "Method and Device for Retrieving Biomechanical Parameters of a Stride."  A true and correct copy of the '696 Patent is available                                                                                                                           at: https://patentimages.storage.googleapis.com/2c/b1/e1/086452189726e3/US11875696.pdf.

16.     Slyde is the sole and exclusive owner of all right, title, and interest in the '033 Patent, the '922 Patent, the '678 Patent, the '085 Patent, the '457 Patent, the '018 Patent, the '134 Patent, '809 Patent, and the '696 Patent (collectively, the "Patents-in-Suit"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit.  Slyde also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

17.     Slyde has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit.  Upon information and belief, prior assignees and licensees have also complied with the marking provisions of 35 U.S.C. § 287.

## FACTUAL ALLEGATIONS

18.    The Patents-in-Suit generally relate to methods and apparatuses related to wristwatches with a digital display.

19.    The '033 Patent generally relates to technology involving a wristwatch with an electronic display that displays a simulation of the movement of a mechanical watch.  The technology described in the '033 Patent was developed by famed watch designers Pascal Pozzo Di Borgo and Jorg Hysek.  For example, the technology is implemented by infringing smartwatches with an electronic display allowing for the display of a simulated mechanical watch movement including, but not limited to, the Garmin Venue Watches, Garmin Forerunner Watches, Garmin Instinct Watches, Garmin Epix Watch, Garmin Fēinx Watches, Garmin Vívoactive Watches, Garmin Vívofit Watches, Garmin Lily Watches, Garmin Bounce Watches, Garmin MARQ Watches, Garmin Instinct Crossover Watches, Garmin Enduro Watches, Garmin Descent Watches, Garmin Approach Watches, Garmin Quatix Watches, Garmin Tactix Watches, Garmin D2 Watches, Garmin Swim Watches, among other watches that track health and fitness information; Garmin HRM-Pro, Garmin HRM-Swim, Garmin HRM-Dual, Garmin HRM-Pro Plus, and Garmin HTM-Fit, among other devices that track health and fitness information, alone or in combination with certain fitness applications, among other products.

20.    The '922 Patent generally relates to technology involving a wristwatch with a digital matrix display, a sheet of touch-sensitive glass, and a processing circuit for interpreting signals from the touch-sensitive glass in order to make changes to what is displayed on the digital matrix display.  The technology described in the '922 Patent was developed by famed watch designers Pascal Pozzo Di Borgo and Jorg Hysek.  For example, the technology is implemented by infringing smartwatches with a digital display including, but not limited to, the Garmin Venue

Watches, Garmin Forerunner Watches, Garmin Instinct Watches, Garmin Epix Watch, Garmin Fēinx Watches, Garmin Vívoactive Watches, Garmin Vívofit Watches, Garmin Lily Watches, Garmin Bounce Watches, Garmin MARQ Watches, Garmin Instinct Crossover Watches, Garmin Enduro Watches, Garmin Descent Watches, Garmin Approach Watches, Garmin Quatix Watches, Garmin Tactix Watches, Garmin D2 Watches, Garmin Swim Watches, among other watches that track health and fitness information; Garmin HRM-Pro, Garmin HRM-Swim, Garmin HRM-Dual, Garmin HRM-Pro Plus, and Garmin HTM-Fit, among other devices that track health and fitness information, alone or in combination with certain fitness applications, among other products.

21.    The '678 Patent and '085 Patent generally relate to technology involving a wristwatch with a display which can operate in a plurality of power modes, wherein the wristwatch switches from a first power mode to a second power mode upon the detection of a gesture or wristturn through the use of a sensor.  The technology described in the '678 Patent and '085 Patent was developed by Alex Bezinge, Adrian Mohni, Daniel Pfeifer, and Musa Dogan.  For example, the technology is implemented by infringing smartwatches with a digital display and associated software including, not limited to, the Garmin Venue Watches, Garmin Forerunner Watches, Garmin Instinct Watches, Garmin Epix Watch, Garmin Fēinx Watches, Garmin Vívoactive Watches, Garmin Vívofit Watches, Garmin Lily Watches, Garmin Bounce Watches, Garmin MARQ Watches, Garmin Instinct Crossover Watches, Garmin Enduro Watches, Garmin Descent Watches, Garmin Approach Watches, Garmin Quatix Watches, Garmin Tactix Watches, Garmin D2 Watches, Garmin Swim Watches, among other watches that track health and fitness information; Garmin HRM-Pro, Garmin HRM-Swim, Garmin HRM-Dual, Garmin HRM-Pro Plus, and Garmin HTM-Fit, among other devices that track health and fitness information, alone or in combination with certain fitness applications, among other products.

22.    The '457 Patent and '018 Patent generally relate to technology involving a device for analyzing the biomechanical parameters of the stride of a runner.  The technology described in the '457 Patent and '018 Patent was developed by Patrick Flaction, Jacques Quievre, and Jean-Benoit Morin.  For example, the technology is implemented by infringing devices with a power source, accelerometer, chronograph, and digital processor for measuring parameters associated with a runner's stride including, but not limited to, the Garmin Venue Watches, Garmin Forerunner Watches, Garmin Instinct Watches, Garmin Epix Watch, Garmin Fēinx Watches, Garmin Vívoactive Watches, Garmin Vívofit Watches, Garmin Lily Watches, Garmin Bounce Watches, Garmin MARQ Watches, Garmin Instinct Crossover Watches, Garmin Enduro Watches, Garmin Descent Watches, Garmin Approach Watches, Garmin Quatix Watches, Garmin Tactix Watches, Garmin D2 Watches, Garmin Swim Watches, among other watches that track health and fitness information; Garmin HRM-Pro, Garmin HRM-Swim, Garmin HRM-Dual, Garmin HRM-Pro Plus, and Garmin HTM-Fit, among other devices that track health and fitness information, alone or in combination with certain fitness applications, among other products.

23.    The '134 Patent generally relates to technology involving an athletic performance monitoring device with an accelerometer wirelessly connected to a user-worn device with a processing system to provide athletic performance information.  The technology described in the '134 Patent was developed by Patrick Flaction.  For example, the technology is implemented by infringing smartwatches with a digital display including, but not limited to, the Garmin Venue Watches, Garmin Forerunner Watches, Garmin Instinct Watches, Garmin Epix Watch, Garmin Fēinx Watches, Garmin Vívoactive Watches, Garmin Vívofit Watches, Garmin Lily Watches, Garmin Bounce Watches, Garmin MARQ Watches, Garmin Instinct Crossover Watches, Garmin Enduro Watches, Garmin Descent Watches, Garmin Approach Watches, Garmin Quatix Watches,

Garmin Tactix Watches, Garmin D2 Watches, Garmin Swim Watches, among other watches that track health and fitness information; Garmin HRM-Pro, Garmin HRM-Swim, Garmin HRM-Dual, Garmin HRM-Pro Plus, and Garmin HTM-Fit, among other devices that track health and fitness information, alone or in combination with certain fitness applications, among other products.

24.     The '696 Patent generally relates to a method and apparatus for determining the biomechanical parameters of a runner's stride using an accelerometer device worn on the runner's body.  The technology described in the '696 Patent was developed by Jérôme Corre, Steve DeVènes, Frédéric Lamon, Stefan Hochuli Paychère, and Christophe Ramstein.  For example, the technology is implemented by infringing devices with an accelerometer measuring parameters associated with a runner's stride including, but not limited to, the Garmin Venue Watches, Garmin Forerunner Watches, Garmin Instinct Watches, Garmin Epix Watch, Garmin Fēinx Watches, Garmin Vívoactive Watches, Garmin Vívofit Watches, Garmin Lily Watches, Garmin Bounce Watches, Garmin MARQ Watches, Garmin Instinct Crossover Watches, Garmin Enduro Watches, Garmin Descent Watches, Garmin Approach Watches, Garmin Quatix Watches, Garmin Tactix Watches, Garmin D2 Watches, Garmin Swim Watches, among other watches that track health and fitness information; Garmin HRM-Pro, Garmin HRM-Swim, Garmin HRM-Dual, Garmin HRM-Pro Plus, and Garmin HTM-Fit, among other devices that track health and fitness information, alone or in combination with certain fitness applications, among other products.

25.     The '809 Patent generally relates to a method and apparatus for predicting a race time, a probability of achieving a target time by the end of a race, and/or measurement of an athlete's pace relative to the target time.  The technology described in the '809 Patent was developed by Cyrille Gindre, Frederic Lamon. Christophe Ramstein, and Patrick Flaction.  For example, the technology is implemented by infringing devices that monitor an athlete's pace in

various types of exercises including, but not limited to, the Garmin Venue Watches, Garmin Forerunner Watches, Garmin Instinct Watches, Garmin Epix Watch, Garmin Fēinx Watches, Garmin Vívoactive Watches, Garmin Vívofit Watches, Garmin Lily Watches, Garmin Bounce Watches, Garmin MARQ Watches, Garmin Instinct Crossover Watches, Garmin Enduro Watches, Garmin Descent Watches, Garmin Approach Watches, Garmin Quatix Watches, Garmin Tactix Watches, Garmin D2 Watches, Garmin Swim Watches, among other watches that track health and fitness information; Garmin HRM-Pro, Garmin HRM-Swim, Garmin HRM-Dual, Garmin HRM-Pro Plus, and Garmin HTM-Fit, among other devices that track health and fitness information, alone or in combination with certain fitness applications, among other products.

26.     Garmin has infringed and is continuing to infringe the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or importing, products including, but not limited, to smart watches with electronic displays and associated software.

## COUNT I
### (Infringement of the '678 Patent)

27.     Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

28.     Slyde has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '678 Patent.

29.     Defendants have and continue to directly infringe the '678 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '678 Patent.  Such products include smartwatches with gesture detection for switching power modes including, but not limited to, the Garmin Forerunner 965, among other products.

30.    For example, Defendants have and continue to directly infringe at least claim 14 of the '678 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include smartwatches with gesture detection for switching power modes, such as the Garmin Forerunner 965, among other products.

31.    For example, the Garmin Forerunner 965 comprises a wristwatch which can be operated in a plurality of power modes, including a first power mode and a second power mode (e.g., "on" or "off" and/or "low power mode" or "normal power mode").

---

**Changing the Screen Settings**

1  Hold ☰

2  Select **System** > **Display**.

3  Select **Large Fonts** to increase the size of the text on the screen.

4  Select an option:

   •  Select **During Activity**.

   •  Select **General Use**.

   •  Select **During Sleep**.

5  Select an option:

   •  Select **Always On Display** to keep the watch face data visible and turn down the brightness and background. This option impacts the battery and display life (*About the AMOLED Display*, page 119).

   •  Select **Brightness** to set the brightness level of the screen.

   •  Select **Red Shift** to turn the screen to shades of red, green, or orange so that you can use the watch in low light conditions and help preserve your night vision.

   •  Select **Gesture** to turn on the screen by raising and turning your arm to look at your wrist.

   •  Select **Timeout** to set the length of time before the screen turns off.

---

**About the AMOLED Display**

By default, the watch settings are optimized for battery life and performance (*Maximizing Battery Life*, page 126).

Image persistence, or pixel "burn-in," is normal behavior for AMOLED devices. To extend the display life, you should avoid displaying static images at high brightness levels for long time periods. To minimize burn-in, the Forerunner display turns off after the selected timeout (*Changing the Screen Settings*, page 118). You can turn your wrist toward your body, tap the touchscreen, or press a button to wake the watch.

5

---

[5]    *See* Garmin Forerunner 965 Watch Owner's Manual at pp. 118-119, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf

32.    The Garmin Forerunner 965 comprises a display (*i.e.*, the 1.4" diameter AMOLED display).[6]  The Garmin Forerunner 965 comprises a microcontroller (*e.g.*, the Garmin Forerunner 965's processor).  The Garmin Forerunner 965 comprises a touch panel underneath a cover glass of the wristwatch for detecting a gesture on the cover glass.  The Garmin Forerunner 965 comprises a touch controller for interpreting touch signal provided by the touch panel and for converting the signals into command signals.  The Garmin Forerunner 965 comprises an inertial sensor comprising an accelerometer and a processor, said accelerometer being arranged for generating an acceleration signal and the processor being arranged for discriminating between gesture and no gesture based on a direction of the acceleration signal as measured by the accelerometer being a three dimensional accelerometer, and on a slope or frequency of the acceleration signal, while the microcontroller and the touch controller are in a sleep power mode.

> **Running Dynamics**
> Running dynamics is real-time feedback about your running form. Your Forerunner watch has an accelerometer to calculate five running form metrics. For all six running form metrics, you must pair your Forerunner watch with the HRM-Fit, HRM-Pro series accessory, or other running dynamics accessory that measures torso movement. For more information, go to www.garmin.com/performance-data/running/.

[7]

33.    The Garmin Forerunner 965 comprises a touch controller, wherein the controller is commanded so as to be switched to the second power mode upon gesture detection by the inertial sensor and for detecting a tap gesture on the cover glass with the touch panel.  The Garmin Forerunner 965 comprises a microcontroller, wherein the microcontroller is arranged for controlling a display of indication on the display and commanded to be switched to the second

---

[6] https://www.garmin.com/en-US/p/886725#overview
[7] *See* Garmin Forerunner 965 Watch Owner's Manual at p. 81, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf

power mode upon a tap gesture detection by the touch controller and for discriminating between gesture and no gesture, based at least on signals from the touch panel.

34.     For example, the Garmin Forerunner 965 has power saving modes, wherein the user wearing the Garmin Forerunner 965 can raise and turn their arm to look at the screen in order to turn the screen from "sleep" to "awake", or by tapping the screen.

---

**Changing the Screen Settings**

1  Hold ☰

2  Select **System** > **Display**.

3  Select **Large Fonts** to increase the size of the text on the screen.

4  Select an option:
- Select **During Activity**.
- Select **General Use**.
- Select **During Sleep**.

5  Select an option:
- Select **Always On Display** to keep the watch face data visible and turn down the brightness and background. This option impacts the battery and display life (*About the AMOLED Display*, page 119).
- Select **Brightness** to set the brightness level of the screen.
- Select **Red Shift** to turn the screen to shades of red, green, or orange so that you can use the watch in low light conditions and help preserve your night vision.
- Select **Gesture** to turn on the screen by raising and turning your arm to look at your wrist.
- Select **Timeout** to set the length of time before the screen turns off. [8]

---

35.     Defendants have and continue to indirectly infringe one or more claims of the '678 Patent by knowingly and intentionally inducing others, including Garmin customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology, such as smartwatches with gesture detection for switching power modes.

36.     Defendants, with knowledge that these products, or the use thereof, infringe the '678 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and

---

[8]  *See* Garmin Forerunner 965 Watch Owner's Manual at p. 118, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf

continue to knowingly and intentionally induce, direct infringement of the '678 Patent by providing these products to end-users for use in an infringing manner.  Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the Patent-in-Suit at least as early as the issuance of the Patents-in-Suit.

37.    Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '678 Patent, but while remaining willfully blind to the infringement.  Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' website, product literature and packaging, and other publications.[9]

38.    Slyde has suffered damages as a result of Defendants' direct and indirect infringement of the '678 Patent in an amount to be proven at trial.

39.    Slyde has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '678 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

### COUNT II
### (Infringement of the '085 Patent)

40.    Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

41.    Slyde has not licensed or otherwise authorized Defendants to make, use, offer for

---

[9]    *See, generally,* Garmin Forerunner 965 Watch Owner's Manual, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf

sale, sell, or import any products that embody the inventions of the '085 Patent.

42.    Defendants have and continue to directly infringe the '085 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '085 Patent.  Such products include smartwatches which detect orientation and switch power modes including, but not limited to, the Garmin Forerunner 965, among other products.

43.    For example, Defendants have and continue to directly infringe at least claim 1 of the '085 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include smartwatches which detect orientation and switch power modes, such as the Garmin Forerunner 965, among other products.

44.    For example, the Garmin Forerunner 965 performs a method for switching a wristwatch from a first power moder to a second power mode (e.g., "on" or "off" and/or "low power mode" or "normal power mode").

---

**Changing the Screen Settings**

1   Hold ☰

2   Select **System** > **Display**.

3   Select **Large Fonts** to increase the size of the text on the screen.

4   Select an option:

  · Select **During Activity**.

  · Select **General Use**.

  · Select **During Sleep**.

5   Select an option:

  · Select **Always On Display** to keep the watch face data visible and turn down the brightness and background. This option impacts the battery and display life (*About the AMOLED Display*, page 119).

  · Select **Brightness** to set the brightness level of the screen.

  · Select **Red Shift** to turn the screen to shades of red, green, or orange so that you can use the watch in low light conditions and help preserve your night vision.

  · Select **Gesture** to turn on the screen by raising and turning your arm to look at your wrist.

  · Select **Timeout** to set the length of time before the screen turns off.

[10]

---

45.     The Garmin Forerunner 965 performs the step of using an accelerometer for detecting a wristturn.

---

**Running Dynamics**

Running dynamics is real-time feedback about your running form. Your Forerunner watch has an accelerometer to calculate five running form metrics. For all six running form metrics, you must pair your Forerunner watch with the HRM-Fit, HRM-Pro series accessory, or other running dynamics accessory that measures torso movement. For more information, go to www.garmin.com/performance-data/running/.

[11]

---

46.     The Garmin Forerunner 965 performs the step of switching the wristwatch from the first power mode to the second power mode when a wristturn has been detected.  The Garmin Forerunner 965 performs the step of detecting a wristturn which comprises detecting that an orientation of the wristwatch is in a starting position, wherein the step of detecting that the orientation is in a starting position comprises detecting that the orientation of the wristwatch is held within a first range for a defined time.  The Garmin Forerunner 965 performs the step of detecting that an orientation of the wristwatch is then in a final position, wherein the step of

---

[10] *Id.* at p. 118.

[11] *Id.* at p. 81.

detecting that the orientation is in the final position comprises detecting that the orientation is in a second range different from the first range.  In response to a detection that the orientation of the wristwatch is in the second range, the Garmin Forerunner 965 performs the step of detecting that the wristwatch remains substantially immobile during a predetermined duration and that a duration between the starting position and the final position is in a predefined range.

47.    For example, the Garmin Forerunner 965 has power saving modes, wherein the user wearing the Garmin Forerunner 965 can turn the screen from "off" to "on" by changing its orientation, such as through a wristturn.

48.    Defendants have and continue to indirectly infringe one or more claims of the '085 Patent by knowingly and intentionally inducing others, including Garmin customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology, such as smartwatches with gesture detection for switching power modes.

49.    Defendants, with knowledge that these products, or the use thereof, infringe the '085 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '085 Patent by providing these products to end-users for use in an infringing manner.  Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the Patent-in-Suit at least as early as the issuance of the Patents-in-Suit.

50.    Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '085 Patent, but while remaining willfully

blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' website, product literature and packaging, and other publications.[12]

51.     Slyde has suffered damages as a result of Defendants' direct and indirect infringement of the '085 Patent in an amount to be proven at trial.

52.     Slyde has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '085 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

<u>**COUNT III**</u>
**(Infringement of the '033 Patent)**

53.     Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

54.     Slyde has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '033 Patent.

55.     Defendants have and continue to directly infringe the '033 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '033 Patent. Such products include smartwatches with an electronic display allowing for the display of simulated mechanical watch movement including, but not limited to, the Garmin Forerunner 965, among other products.

56.     For example, Defendants have and continue to directly infringe at least claim 1 of

---

[12] *See, generally,* Garmin Forerunner 965 Watch Owner's Manual, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf

the '033 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include smartwatches with an electronic display allowing for the display of simulated mechanical watch movement including, but not limited to, the Garmin Forerunner 965, among other products.

57.    For example, the Garmin Forerunner 965 is a wristwatch comprising a watchcase, an electronic display in said watchcase, and a quartz oscillator.  The Garmin Forerunner 965 comprises a microcontroller being arranged for reproducing on the electronic display the simulation of a mechanical watch movement comprising a gear train, the simulation being visible so as to indicate the time, the microcontroller being further arranged for synchronizing the displayed time by the displayed mechanical movement with that of the quartz oscillator.  Through the use of a microcontroller on the Garmin Forerunner 965, the Garmin Forerunner 965 reproduces on the electronic display a simulation of the mechanical movement, including a gear train.  The Garmin Forerunner 965 comprises a microcontroller arranged to synchronize the displayed time by the displayed mechanical movement with that of the quartz oscillator.

58.    For example, Defendant permits the sale and download of digital watch faces for the Garmin Forerunner 965 through mobile apps sold through its Connect IQ Store.  Through the Connect IQ Store, Garmin Forerunner 965 users can download watch faces that simulate mechanical watch movements, including some made by Garmin:



59.     Defendants have and continue to indirectly infringe one or more claims of the '033 Patent by knowingly and intentionally inducing others, including Garmin customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology, such as smartwatches with gesture detection for switching power modes.

60.     Defendants, with knowledge that these products, or the use thereof, infringe the '033 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '033 Patent by providing these products to end-users for use in an infringing manner.    Alternatively, on

---

[13] https://apps.garmin.com/apps/b686e193-1a32-45aa-b24b-93d860bae014

information and belief, Defendants have adopted a policy of not reviewing the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the Patent-in-Suit at least as early as the issuance of the Patents-in-Suit.

61.    Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '033 Patent, but while remaining willfully blind to the infringement. Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' website, product literature and packaging, and other publications.[14]

62.    Slyde has suffered damages as a result of Defendants' direct and indirect infringement of the '033 Patent in an amount to be proven at trial.

63.    Slyde has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '033 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

## COUNT IV
### (Infringement of the '922 Patent)

64.    Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

65.    Slyde has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '922 Patent.

66.    Defendants have and continue to directly infringe the '922 Patent, either literally or

---

[14] *See, generally,* Garmin Forerunner 965 Watch Owner's Manual, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf

under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '922 Patent. Such products include smartwatches with a digital display and touch-sensitive glass which allows for the selection of cards including, but not limited to, the Garmin Forerunner 965, among other products.

67. For example, Defendants have and continue to directly infringe at least claim 1 of the '922 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include smartwatches with a digital display and touch-sensitive glass which allows for the selection of cards including, but not limited to, the Garmin Forerunner 965, among other products.

68. For example, the Garmin Forerunner 965 is a wristwatch comprising a digital matrix display (the 1.4" diameter AMOLED display).[15] The Garmin Forerunner 965 comprises a sheet of touch-sensitive glass. The Garmin Forerunner 965 comprises a processing circuit specifically laid out so as to interpret the signals from the touch-sensitive glass, for selecting a card from several available cards depending on these signals and for displaying said card on the entire digital matrix display. The Garmin Forerunner 965 comprises touch-sensitive glass, wherein said touch-sensitive glass is a two-dimensional glass for detecting a movement of at least one finger at any place on the touch-sensitive glass along at least two different directions. The Garmin Forerunner 965 comprises a processing circuit, wherein said processing circuit is specifically laid out so as to cause several available cards to scroll past in order to lastingly replace the initially displayed card with a replacement card selected between several available cards, wherein each card of the several available cards has a distinct fixed or periodically refreshed image. The size of

---

[15] https://www.garmin.com/en-US/p/886725#overview

the image corresponds to the size of said digital matrix display so that the displayed card occupies the whole of said digital matrix display.  One card of the several available cards occupying the entire digital matrix display is immediately and without further user intervention replaced after the scrolling by a different card of the several available cards that occupies the entire digital matrix display.  The Garmin Forerunner 965 comprises a processing circuit, wherein the processing circuit is further laid out so that the replacement card is dependent from the initially displayed card and from the direction of the movement and is independent from the starting point and end point of the movement on the digital matrix display.

69.     For example, a user can change the face and/or application displayed on the face of the Garmin Forerunner 965 by swiping left, right, up, or down.



**Overview**

① **Touchscreen**
- Tap to choose an option in a menu.
- Tap to open the glance to view more data.
- Swipe up or down to scroll through the glance loop and menus.
- Swipe right to return to the previous screen.
- Cover the screen with your palm to quickly turn off the display and return to the watch face. [16]

70.    Defendants have and continue to indirectly infringe one or more claims of the '922 Patent by knowingly and intentionally inducing others, including Garmin customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology, such as smartwatches with gesture detection for switching power modes.

71.    Defendants, with knowledge that these products, or the use thereof, infringe the '922 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '922 Patent by

---

[16]    *See* Garmin Forerunner 965 Watch Owner's Manual at p. 1, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf

providing these products to end-users for use in an infringing manner.  Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the Patent-in-Suit at least as early as the issuance of the Patents-in-Suit.

72.    Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '922 Patent, but while remaining willfully blind to the infringement.  Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' website, product literature and packaging, and other publications.[17]

73.    Slyde has suffered damages as a result of Defendants' direct and indirect infringement of the '922 Patent in an amount to be proven at trial.

74.    Slyde has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '922 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

## COUNT V
### (Infringement of the '457 Patent)

75.    Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

76.    Slyde has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '457 Patent.

---

[17] *See, generally,* Garmin Forerunner 965 Watch Owner's Manual, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf

77.    Defendants have and continue to directly infringe the '457 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '475 Patent.  Such products include devices and associated software for analyzing the biomechanical parameters of the stride of a runner, which include a power source, accelerometer, chronograph, belt, display, and digital processor to measure parameters associated with a runner's stride including, but not limited to, the Garmin Forerunner 965, among other products.

78.    For example, Defendants have and continue to directly infringe at least claim 1 of the '457 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include devices and associated software for analyzing the biomechanical parameters of the stride of a runner, which include a power source, accelerometer, chronograph, belt, display, and digital processor to measure parameters associated with a runner's stride including, but not limited to, the Garmin Forerunner 965, among other products.

79.    For example, the Garmin Forerunner 965 comprises a device designed for analyzing biomechanical parameters of a stride of a runner (*e.g.,* run tracking software, such as the Garmin Connect App).  Garmin Forerunner 965 comprises a self-sufficient electric power source. For example, the Garmin Forerunner 965 has a built-in rechargeable battery.[18]

80.    The Garmin Forerunner 965 comprises a triaxial accelerometer capable of supplying at least one sequence of acceleration data in at least the vertical direction whilst the runner travels a distance on a running course.  For example, the Garmin Forerunner 965 comprises

---

[18] *See, e.g.,* https://support.garmin.com/en-US/?faq=FEjONGCI270wlBlREC7Uw8&productID=886725&tab=topics

an acceleration sensor that, upon information and belief, is a triaxial accelerometer:

> **Running Dynamics**
>
> Running dynamics is real-time feedback about your running form. Your Forerunner watch has an accelerometer to calculate five running form metrics. For all six running form metrics, you must pair your Forerunner watch with the HRM-Fit, HRM-Pro series accessory, or other running dynamics accessory that measures torso movement. For more information, go to www.garmin.com/performance-data/running/. [19]

81.    The Garmin Forerunner 965 comprises a chronograph.  The Garmin Forerunner 965 comprises a belt (*e.g.*, wristband).  The Garmin Forerunner 965 comprises a display *i.e.*, the 1.4" diameter AMOLED display). [20]

82.    The Garmin Forerunner 965 and associated software comprises a digital processor (*e.g.*, the Garmin Forerunner 965 processor) programmed for calculating, during or at the end of the run, biomechanical parameters of the stride of the runner on the basis of the acceleration data, of the distance and for the duration counted by the chronograph, and for displaying the parameters on the display, wherein the biomechanical parameters of the stride comprises the vertical oscillation of the center of gravity of the runner between a lowest position and a highest vertical position of the center of gravity of the runner, and includes the distance the center of gravity lowers and the distance the center of gravity elevates in a stride, and the sum of the lowering of the center of gravity of the runner from a first highest vertical position to a second lowest vertical position and of the elevation of the center of gravity of the runner from the second lowest vertical position to the first highest vertical position.  For example, the Garmin Forerunner 965, using its acceleration sensor, tracks a variety of running metrics regarding the user, including stride length, cadence, and other running information:

---

[19] *Id.* at p. 81.
[20] https://www.garmin.com/en-US/p/886725#overview

| Metric | Sensor Type | Description |
|---|---|---|
| **Cadence** | Watch or compatible accessory | Cadence is the number of steps per minute. It displays the total steps (right and left combined). |
| **Vertical oscillation** | Watch or compatible accessory | Vertical oscillation is your bounce while running. It displays the vertical motion of your torso, measured in centimeters. |
| **Ground contact time** | Watch or compatible accessory | Ground contact time is the amount of time in each step that you spend on the ground while running. It is measured in milliseconds. **NOTE:** Ground contact time and balance are not available while walking. |
| **Ground contact time balance** | Compatible accessory only | Ground contact time balance displays the left/right balance of your ground contact time while running. It displays a percentage. For example, 53.2 with an arrow pointing left or right. |
| **Stride length** | Watch or compatible accessory | Stride length is the length of your stride from one footfall to the next. It is measured in meters. |
| **Vertical ratio** | Watch or compatible accessory | Vertical ratio is the ratio of vertical oscillation to stride length. It displays a percentage. A lower number typically indicates better running form. |

[21]

83.    The Garmin Forerunner 965 and associated software calculate the biomechanical parameters at each stride, and the digital processor is programmed for calculating an average, per stride, of the calculated biomechanical parameters of the stride.  Upon information and belief, the Garmin Forerunner 965 and associated software obtain the lowering of the center of gravity as a function of maximum bearing force, of contact time and of the runner's mass, wherein the maximum bearing force is multiplied by the square of the contact time and divided by the runner's mass and wherein the function includes at least a constant.  For example, as shown above, the Garmin Forerunner 965 tracks and calculates various running information, such as stride and running cadence.

84.    Defendants have and continue to indirectly infringe one or more claims of the '457 Patent by knowingly and intentionally inducing others, including Garmin customers and end-users,

---

[21] *See* Garmin Forerunner 965 Watch Owner's Manual at pp. 81-82, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf

to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology, such as devices and associated software for analyzing the biomechanical parameters of the stride of a runner, which include a power source, accelerometer, chronograph, belt, display, and digital processor to measure parameters associated with a runner's stride.

85.    Defendants, with knowledge that these products, or the use thereof, infringe the '457 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '457 Patent by providing these products to end-users for use in an infringing manner.  Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the Patent-in-Suit at least as early as the issuance of the Patents-in-Suit.

86.    Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '457 Patent, but while remaining willfully blind to the infringement.  Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' website, product literature and packaging, and other publications.[22]

87.    Slyde has suffered damages as a result of Defendants' direct and indirect infringement of the '457 Patent in an amount to be proven at trial.

---

[22] *See, generally,* Garmin Forerunner 965 Watch Owner's Manual, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf

88.    Slyde has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '457 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## COUNT VI
### (Infringement of the '018 Patent)

89.    Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

90.    Slyde has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '018 Patent.

91.    Defendants have and continue to directly infringe the '018 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '018 Patent.  Such products include devices and associated software for analyzing the biomechanical parameters of a stride of a runner, which include a power source, accelerometer, GPS receiver, chronograph, and digital processor programmed to measure parameters associated with a runner's stride including, but not limited to, the Garmin Forerunner 965, among other products.

92.    For example, Defendants have and continue to directly infringe at least claim 1 of the '018 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include devices and associated software for analyzing the biomechanical parameters of a stride of a runner, which include a power source, accelerometer, GPS receiver, chronograph, and digital processor programmed to measure parameters associated with a runner's stride including, but not limited to, the Garmin Forerunner 965, among other products.

93.    The Garmin Forerunner 965 comprises a device designed for analyzing the biomechanical parameters of the stride of a runner.  For example, as shown above, the Garmin

Forerunner 965 tracks and calculates various running information, such as stride and running cadence:

| Metric | Sensor Type | Description |
| --- | --- | --- |
| Cadence | Watch or compatible accessory | Cadence is the number of steps per minute. It displays the total steps (right and left combined). |
| Vertical oscillation | Watch or compatible accessory | Vertical oscillation is your bounce while running. It displays the vertical motion of your torso, measured in centimeters. |
| Ground contact time | Watch or compatible accessory | Ground contact time is the amount of time in each step that you spend on the ground while running. It is measured in milliseconds. **NOTE:** Ground contact time and balance are not available while walking. |
| Ground contact time balance | Compatible accessory only | Ground contact time balance displays the left/right balance of your ground contact time while running. It displays a percentage. For example, 53.2 with an arrow pointing left or right. |
| Stride length | Watch or compatible accessory | Stride length is the length of your stride from one footfall to the next. It is measured in meters. |
| Vertical ratio | Watch or compatible accessory | Vertical ratio is the ratio of vertical oscillation to stride length. It displays a percentage. A lower number typically indicates better running form. |

[23]

94.     The Garmin Forerunner 965 comprises a self-sufficient electric power source.  For example, as shown above, the Garmin Forerunner 965 has a built-in rechargeable battery.[24]

95.     The Garmin Forerunner 965 comprises a triaxial accelerometer capable of supplying at least one sequence of acceleration data in at least the vertical direction whilst the runner travels a distance on a running course.  For example, as shown above, the Garmin Forerunner 965 has an acceleration sensor that, upon information and believe, is a triaxial accelerometer:

---

[23] *Id.* at pp. 81-82.
[24] *See, e.g.,* https://support.garmin.com/en-US/?faq=FEjONGCI270wlBlREC7Uw8&productID=886725&tab=topics

> **Running Dynamics**
>
> Running dynamics is real-time feedback about your running form. Your Forerunner watch has an accelerometer to calculate five running form metrics. For all six running form metrics, you must pair your Forerunner watch with the HRM-Fit, HRM-Pro series accessory, or other running dynamics accessory that measures torso movement. For more information, go to www.garmin.com/performance-data/running/.

25

96.     The Garmin Forerunner 965 comprises a GPS receiver.  For example, the Garmin Forerunner 965 has multi-band GPS antenna, which is used to track outdoor activities, such as running and cycling:



26

> **Outdoor Activities**
>
> The Forerunner device comes preloaded with outdoor activities, such as running and cycling. GPS is turned on for outdoor activities. You can add new activities based on default activities, such as walking or rowing. You can also add custom activities to your device (*Creating a Custom Activity*, page 21).

27

97.     The Garmin Forerunner 965 comprises a chronograph.  The Garmin Forerunner 965 and associated software comprises a digital processor programmed for calculating, during or at the end of the run, biomechanical parameters of the stride of the runner, on the basis of said acceleration data, of a distance measured by the GPS receiver and the accelerometer, and of a duration counted by the chronograph, wherein the biomechanical parameters of the stride comprises a vertical oscillation of a center of gravity of the runner, and includes a distance the center of gravity lowers and a distance the center of gravity elevates in a stride, and a sum of the lowering and of the elevation of the center of gravity, and wherein the biomechanical parameters

---

[25] *See* Garmin Forerunner 965 Watch Owner's Manual at p. 81, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf.*Id.* at p. 81

[26] https://www.garmin.com/en-US/p/886725#specs

[27] *See* Garmin Forerunner 965 Watch Owner's Manual at p. 4, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf.*Id.* at p. 81

are calculated at each stride.  For example, as shown above, the Garmin Forerunner 965 uses both GPS and acceleration sensors to track running information about a user, including stride and running cadence.

98.    The Garmin Forerunner 965 and associated software comprises a digital processor programmed for calculating biomechanical parameters of the stride of the runner, wherein said digital processor is programmed for determining an anteroposterior direction during the run of the runner.  The Garmin Forerunner 965 and associated software comprises a digital processor programmed for calculating biomechanical parameters of the stride of the runner, wherein, upon information and belief, a sequence of acceleration data in the anteroposterior direction is measured by the accelerometer during the run and processed separately from the sequence of acceleration data in the vertical direction.  The Garmin Forerunner 965 and associated software comprises a digital processor programmed for calculating biomechanical parameters of the stride of said runner, wherein, upon information and belief, the digital processor is programmed for calculating, during or at the end of the run, the biomechanical parameters of the stride of said runner also on the basis of said acceleration data in said anteroposterior direction.  For example, as shown above, the Garmin Forerunner 965 uses both GPS and acceleration sensors to track running information about a user, including stride and running cadence.

99.    The Garmin Forerunner 965 and associated software comprises a wireless interface for exchange of data with another data processing device (*e.g.*, a mobile phone with the Garmin Connect App downloaded.)

100.    Defendants have and continue to indirectly infringe one or more claims of the '018 Patent by knowingly and intentionally inducing others, including Garmin customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering

to sell, selling and/or importing into the United States products that include infringing technology, such devices and associated software for analyzing the biomechanical parameters of a stride of a runner, which include a power source, accelerometer, GPS receiver, chronograph, and digital processor programmed to measure parameters associated with a runner's stride.

101.    Defendants, with knowledge that these products, or the use thereof, infringe the '018 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '018 Patent by providing these products to end-users for use in an infringing manner.   Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the Patent-in-Suit at least as early as the issuance of the Patents-in-Suit.

102.    Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '018 Patent, but while remaining willfully blind to the infringement.  Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' website, product literature and packaging, and other publications.[28]

103.    Slyde has suffered damages as a result of Defendants' direct and indirect infringement of the '018 Patent in an amount to be proven at trial.

---

[28] *See, generally,* Garmin Forerunner 965 Watch Owner's Manual, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf

104.    Slyde has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '018 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

<u>**COUNT VII**</u>
**(Infringement of the '134 Patent)**

105.    Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

106.    Slyde has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '134 Patent.

107.    Defendants have and continue to directly infringe the '134 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '134 Patent.  Such products include athletic performance monitoring devices with an accelerometer wirelessly connected to a user-worn device with a processing system to provide athletic performance information including, but not limited to, the Garmin Forerunner 965, among other products.

108.    For example, Defendants have and continue to directly infringe at least claim 1 of the '134 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include performance monitoring devices with an accelerometer wirelessly connected to a user-worn device with a processing system to provide athletic performance information including, but not limited to, the Garmin Forerunner 965, among other products.

109.    The Garmin Forerunner 965 comprises an athletic performance monitoring device. The Garmin Forerunner 965 comprises an accelerometer adapted to be worn by an athlete close to the center of gravity of the athlete.  For example, the Garmin Forerunner 965 includes, among other movement sensors, an acceleration sensor:

> **Running Dynamics**
>
> Running dynamics is real-time feedback about your running form. Your Forerunner watch has an accelerometer to calculate five running form metrics. For all six running form metrics, you must pair your Forerunner watch with the HRM-Fit, HRM-Pro series accessory, or other running dynamics accessory that measures torso movement. For more information, go to www.garmin.com/performance-data/running/. [29]

110.    The Garmin Forerunner 965 comprises a user-worn device with a processing system integral thereto, such that the processing system (*e.g.*, a mobile phone) can be worn by the athlete (*e.g.*, in an arm band, pouch, or pocket).   The Garmin Forerunner 965 comprises an accelerometer wherein the accelerometer is further configured, such that it can wirelessly communicate acceleration data, relating to the acceleration of the athlete, to the processing system, and wherein the processing system is configured such that, during use, it requests acceleration data from the accelerometer only when a predefined event has occurred, and such that it can process the acceleration data it receives from the accelerometer to provide athletic performance information.   For example, the Garmin Forerunner 965 can track a user's running pace at certain intervals (*e.g.*, every mile or kilometer) to determine if they are on a pace set by the user:

> **PacePro Training**
>
> Many runners like to wear a pace band during a race to help achieve their race goal. The PacePro feature allows you to create a custom pace band based on distance and pace or distance and time. You can also create a pace band for a known course to optimize your pace effort based on elevation changes.
>
> You can create a PacePro plan using the Garmin Connect app. You can preview the splits and elevation plot before you run the course. [30]

111.    Defendants have and continue to indirectly infringe one or more claims of the '134 Patent by knowingly and intentionally inducing others, including Garmin customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology,

---

[29] *See* Garmin Forerunner 965 Watch Owner's Manual at p. 81, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf.*Id.* at p. 81
[30] *Id.* at p. 58.

such as performance monitoring devices with an accelerometer wirelessly connected to a user-worn device with a processing system to provide athletic performance information and associated software.

112.    Defendants, with knowledge that these products, or the use thereof, infringe the '134 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '134 Patent by providing these products to end-users for use in an infringing manner.  Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the Patent-in-Suit at least as early as the issuance of the Patents-in-Suit.

113.    Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '134 Patent, but while remaining willfully blind to the infringement.  Defendants have and continue to induce infringement by their customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' website, product literature and packaging, and other publications.[31]

114.    Slyde has suffered damages as a result of Defendants' direct and indirect infringement of the '134 Patent in an amount to be proven at trial.

115.    Slyde has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '134 Patent, for which there is no adequate remedy at law, unless

---

[31]  *See, generally,* Garmin Forerunner 965 Watch Owner's Manual, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf

Defendants' infringement is enjoined by this Court.

## COUNT VIII
### (Infringement of the '809 Patent)

116.    Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

117.    Slyde has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '809 Patent.

118.    Defendants have and continue to directly infringe the '809 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '809 Patent.  Such products include athletic performance monitoring devices with an accelerometer wirelessly connected to a user-worn device with a processing system to provide athletic performance information including, but not limited to, the Garmin Forerunner 965, among other products.

119.    For example, Defendants have and continue to directly infringe at least claim 20 of the '809 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include performance monitoring devices with an accelerometer wirelessly connected to a user-worn device with a processing system to provide athletic performance information, including but not limited to, the Garmin Forerunner 965, among other products.

120.    The Garmin Forerunner 965 comprises a wearable device arranged for providing to an athlete during a race, such as a running or a cycling race, with at least one of: a race time prediction; a probability to achieve a target time at the end of the race; and/or an indication whether the pace followed by the athlete is too fast, adequate, or too slow in order to achieve a target time. For example, with the Garmin Forerunner 965, a user can set a pace for an outdoor run workout on a pre-set distance (*e.g.*, 5 miles).  The Garmin Forerunner 965, during the user's run, will show

the user's average running pace, the user's current pace, and a graph demonstrating whether the user is ahead of or behind the pre-set pace.



121.     The Garmin Forerunner 965 comprises an inertial sensor and/or a positional sensor for measuring a plurality of intermediate times during said race.   For example, the Garmin

---

32 *Id.* at pp. 58-59.

Forerunner 965 comprises an accelerometer and GPS antennas.

122.    The Garmin Forerunner 965 comprises a processing unit arranged for retrieving, based on said intermediate time and on previous races of other athletes, a race profile as non-linear function of time over distance (t=f(d)), and for determining said information based on said race profile (*e.g.*, the Garmin Forerunner 965's processor).  The Garmin Forerunner 965 comprises a memory for storing a plurality of predefined race profiles.  For example, the Garmin Forerunner 965 has its own internal storage capacity.

---

**Running Dynamics**

Running dynamics is real-time feedback about your running form. Your Forerunner watch has an accelerometer to calculate five running form metrics. For all six running form metrics, you must pair your Forerunner watch with the HRM-Fit, HRM-Pro series accessory, or other running dynamics accessory that measures torso movement. For more information, go to www.garmin.com/performance-data/running/.    [33]

---

| MULTI-BAND GPS | ✔ |
|---|---|

[34]

---

**Outdoor Activities**

The Forerunner device comes preloaded with outdoor activities, such as running and cycling. GPS is turned on for outdoor activities. You can add new activities based on default activities, such as walking or rowing. You can also add custom activities to your device (*Creating a Custom Activity*, page 21).    [35]

---

123.    The Garmin Forerunner 965 's processing unit is also configured to select among said plurality of predefined race profiles the race profile that best corresponds to the race profile determined from said intermediate times.  The Garmin Forerunner 965 's race profiles comprise a first starter race profile wherein said non-linear function represents a more rapid pace during an initial section than during a last section of the race.  The Garmin Forerunner 965 's race profiles

---

[33] *Id.* at p. 81.
[34] https://www.garmin.com/en-US/p/886725#specs
[35] *See* Garmin Forerunner 965 Watch Owner's Manual at p. 4, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf.*Id.* at p. 81

include a second starter race profile wherein said non-linear function represents a more rapid pace during a last section than during an initial section of the race.

124.    For example, the Garmin Forerunner 965 will save routes a user has run several times with minimal deviation in time.  The user can then race against their previous times recorded on the route, and the Garmin Forerunner 965 will indicate to the user whether they are ahead of or behind the time.



**Starting a PacePro Plan**

Before you can start a PacePro plan, you must download a plan from your Garmin Connect account.

1  Press **START**.
2  Select an outdoor running activity.
3  Hold ▤
4  Select **Training** > **PacePro Plans**.
5  Select a plan.
6  Press **START**.
7  Select an option:
   • Select **Use Plan** > ✔ to enable course navigation and start the plan.
   • Select **Map** to preview the course.
8  Press **START** to start the activity timer.

| | |
|---|---|
| ① | Target split pace |
| ② | Current split pace |
| ③ | Completion progress for the split |
| ④ | Distance remaining in the split |
| ⑤ | Overall time ahead of or behind your target time |

**TIP:** You can hold ▤ and select **Stop PacePro** > ✔ to stop the PacePro plan. The activity timer continues running.

125.    Defendants have and continue to indirectly infringe one or more claims of the '809 Patent by knowingly and intentionally inducing others, including Garmin customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology, such as performance monitoring devices with an accelerometer wirelessly connected to a user-

---

[36] *Id.* at pp. 58-59.

worn device with a processing system to provide athletic performance information and associated software.

126.    Defendants, with knowledge that these products, or the use thereof, infringe the '809 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '809 Patent by providing these products to end-users for use in an infringing manner.  Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the Patent-in-Suit at least as early as the issuance of the Patents-in-Suit.

127.    Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '809 Patent, but while remaining willfully blind to the infringement.  Defendants have and continue to induce infringement by its customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' website, product literature and packaging, and other publications.[37]

128.    Slyde has suffered damages as a result of Defendants' direct and indirect infringement of the '809 Patent in an amount to be proven at trial.

129.    Slyde has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '809 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

---

[37] *See, generally,* Garmin Forerunner 965 Watch Owner's Manual, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf

## COUNT IX
### (Infringement of the '696 Patent)

130.    Paragraphs 1 through 26 are incorporated by reference as if fully set forth herein.

131.    Slyde has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '696 Patent.

132.    Defendants have and continue to directly infringe the '696 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '696 Patent. Such products include athletic performance monitoring devices with an accelerometer wirelessly connected to a user-worn device with a processing system to provide athletic performance information including, but not limited to, the Garmin Forerunner 965, among other products.

133.    For example, Defendants have and continue to directly infringe at least claim 17 of the '696 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include performance monitoring devices with an accelerometer wirelessly connected to a user-worn device with a processing system to provide athletic performance information including, but not limited to, the Garmin Forerunner 965, among other products.

134.    The Garmin Forerunner 965 comprises an accelerometer device for determining biomechanical parameters of the stride of a runner with a high accuracy, comprising: means for fastening the device to one wrist, to one upper arm, to the head, or to one shoe; an accelerometer for measuring an initial sequence of acceleration data in at least the vertical direction, said initial sequence of acceleration data depending on the motion of the runner's center of mass, and on extra-motions of the accelerometer device relative to the runner's center of mass; a processing system containing a processor and a memory containing a program code arranged for: identifying

in said initial sequence of acceleration data, at least one frequency component caused by relative motion of the accelerometer device relative to the runner center of mass; attenuating said frequency component, so as to attenuate the component of acceleration due to said extra motions, so as to determine a modified sequence of acceleration data corresponding to the one that would be measured at the runner's center of mass; determining said biomechanical parameters of the stride from said modified sequence of acceleration data.

135.    Defendants have and continue to indirectly infringe one or more claims of the '696 Patent by knowingly and intentionally inducing others, including Garmin customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology, such as performance monitoring devices with an accelerometer wirelessly connected to a user-worn device with a processing system to provide athletic performance information and associated software.

136.    Defendants, with knowledge that these products, or the use thereof, infringe the '696 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continue to knowingly and intentionally induce, direct infringement of the '696 Patent by providing these products to end-users for use in an infringing manner.  Alternatively, on information and belief, Defendants have adopted a policy of not reviewing the patents of others, including specifically those related to Defendants' specific industry, thereby remaining willfully blind to the Patent-in-Suit at least as early as the issuance of the Patents-in-Suit.

137.    Defendants have induced infringement by others, including end-users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end-users, infringe the '696 Patent, but while remaining willfully

blind to the infringement.  Defendants have and continue to induce infringement by its customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendants' website, product literature and packaging, and other publications.[38]

138.    Slyde has suffered damages as a result of Defendants' direct and indirect infringement of the '696 Patent in an amount to be proven at trial.

139.    Slyde has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '696 Patent, for which there is no adequate remedy at law, unless Defendants' infringement is enjoined by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Slyde prays for relief against Defendants as follows:

a.    Entry of judgment declaring that Defendants have directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b.    An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of one or more of the Patents-in-Suit;

c.    An order awarding damages sufficient to compensate Slyde for Defendants' infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

---

[38] *See, generally,* Garmin Forerunner 965 Watch Owner's Manual, available at: https://www8.garmin.com/manuals/webhelp/GUID-0221611A-992D-495E-8DED-1DD448F7A066/EN-US/Forerunner_965_OM_EN-US.pdf

d.      Entry of judgment declaring that this case is exceptional and awarding Slyde its

costs and reasonable attorney fees under 35 U.S.C. § 285; and

e.      Such other and further relief as the Court deems just and proper.

Dated:  March 27, 2024                    Respectfully submitted,

_/s/ Vincent J. Rubino, III_____
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway
Short Hills, NJ 07078
Telephone: (973) 535-0920
Facsimile: (973) 535-0921

***ATTORNEYS FOR PLAINTIFF,
SLYDE ANALYTICS LLC***