# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SLYDE ANALYTICS LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:24-cv-00215-RWS-RSP |
| § | |
| GARMIN LTD. *et al.*, § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Slyde Analytics LLC ("Plaintiff") and Garmin Ltd. and Garmin Corporation ("Defendants"). (Dkt. No. 56.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id.* at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 23rd day of December, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE